UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No: 1:12-cr-263

v.                                          HON. JANET T. NEFF

MARCO ANTONIO POLANCO-BECERRA
a/k/a Marcos Antonio Polanco-Becerra,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed December 7, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 14) is APPROVED and ADOPTED as the opinion of the Court.

2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.


Dated:  December 26, 2012                            /s/Janet T. Neff
                                                               JANET T. NEFF
                                                               UNITED STATES DISTRICT JUDGE